No. 123. OKEMAH NATIONAL BANK *v.* WISEMAN, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *C. E. Ram Morrison* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Joseph Kovner* for respondent.

No. 126. MISSOURI PACIFIC RAILROAD Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Roy L. Arterbury* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 128. TELLIER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederick Bernays Wiener, Richard J. Burke,* and *J. Bertram Wegman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 130. LEMON *v.* DRUFFEL, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *Elmer I. Schwartz* for petitioner. *Strother Hynes* for respondent.

No. 131. EASTER *v.* DUNDALK HOLDING Co. ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 133. JAMES ET AL., TRADING AS CHICAGO BOARD Co., *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Thomas J. Pearson* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Earl W. Kintner* and *James E. Corkey* for respondent.